ALBERT S. J. MARSH AND GEORGE MARSH, *Appellants,* v.
J. E. J. MARSH, ET AL., *Appellees.*

Opinion Filed November 24, 1914.

An order striking from a bill of complaint matters that have some
proper relation to the subject matter of the litigation is
erroneous.

Appeal from Circuit Court for Volusia County; Jas.
W. Perkins, Judge.

Order reversed.

*Stewart & Bly* and *Tom B. Stewart,* for Appellants;

*Landis, Fish & Hull,* for Appellees.

WHITFIELD, J.—This appeal is from an order sustaining
"Exceptions" taken to a bill of complaint. The bill seeks
to vacate an order confirming a sale of lands made in a
partition proceeding on the grounds of fraudulent con-
duct on the part of one of the parties to the suit for par-
tition which resulted in a sale of the property at a grossly
inadequate price far below its real value at the time.

The paragraphs of the bill of complaint that were ex-
punged by sustaining the exceptions are not scandalous
and it cannot be said that they are wholly immaterial
or impertinent, since they give particulars of the fraudu-
lent conduct on which the relief is sought. Without con-
sidering the propriety of the procedure in taking the
"exceptions to the bill of complaint," the order which in
effect struck from the bill the designated matters set up
as a basis for the relief sought is erroneous and is reversed.

SHACKLEFORD, C. J., AND TAYLOR, COCKRELL AND HOCKER, J. J., concur.